# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JOSHUAH THOMPSON**                                                PLAINTIFF

v.                           No. 3:24-cv-190-DPM

**GREENE COUNTY SHERIFF'S OFFICE**
**and BRAD SNYDER, Sheriff**                              DEFENDANTS

## ORDER

The Court's recent Order, *Doc. 14*, contained a typographical error on page three. Thompson's amended complaint is due by 17 January 2025, not 2024.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 January 2025