# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JOSHUAH THOMPSON**  PLAINTIFF

**v.**  No. 3:24-cv-190-DPM

**GREENE COUNTY SHERIFF'S OFFICE**
**and BRAD SNYDER, Sheriff**  DEFENDANTS

## ORDER

Motion, *Doc. 18*, granted. Hannah F. Banks is relieved as counsel for the Greene County Sheriff's Office and Snyder.

So Ordered.

*/s/ D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

28 January 2025