IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOSHUAH THOMPSON                                              PLAINTIFF

v.                        No. 3:24-cv-190-DPM

GREENE COUNTY SHERIFF'S OFFICE
and BRAD SNYDER, Sheriff                                      DEFENDANTS

## JUDGMENT

Thompson's amended complaint is dismissed with prejudice. The Court retains jurisdiction until 29 August 2025 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

1 July 2025